IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

v.                              No. 2:11-CR-20021

THOMAS LINDLEY                                        DEFENDANT/PETITIONER

### ORDER

The Court has received a report and recommendation (Doc. 48) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Petitioner's 28 U.S.C. § 2255 motion (Doc. 31) to vacate his sentence and schedule this matter for resentencing.

After careful review, the Court finds that the Magistrate's report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner Thomas Lindley's motion to vacate (Doc. 31) is GRANTED and his sentence is VACATED. A sentencing hearing, at which Lindley must appear and be resentenced, will be separately set for April 18, 2017, at 10:30 a.m. in the United States District Courthouse in Fort Smith, Arkansas.

The United States Probation Office is directed to prepare and file an addendum to the presentence investigation report setting out any supplemental information discovered since Lindley's original sentence was imposed, and to provide the Court with an updated sentencing recommendation, within 14 days of entry of this order. Any objections to the addendum and any presentencing memoranda must be filed within 7 days of the filing of the amended report.

Lindley will remain in custody pending resentencing, and the United States Marshal is directed to have him brought before this Court for the April 18, 2017 hearing.

IT IS SO ORDERED this 6th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE